1

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | CEPEDA O. G.,[1]                    Case No. CV 20-01475 JGB (RAO)

12 |              Plaintiff,

13 |    v.                              ORDER ACCEPTING REPORT
     |                                            AND RECOMMENDATION OF
14 | ANDREW M. SAUL,[2]                    UNITED STATES MAGISTRATE
     |                                            JUDGE
15 |            Defendant.

16

17 |     Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the

18 | other records and files herein, and the Report and Recommendation of United States

19 | Magistrate Judge ("Report").  The time for filing objections to the Report has passed,

20 | and no objections have been filed.  The Court hereby accepts and adopts the findings,

21 | conclusions, and recommendations of the Magistrate Judge.

22 | ///

23 | ///

24 | ///

25

26 | [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
     | recommendation of the Committee on Court Administration and Case Management of the Judicial
27 | Conference of the United States.
     | [2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul, the current
28 | Commissioner of Social Security, is hereby substituted as the defendant.

IT IS ORDERED that the action is dismissed without prejudice.

DATED: June 15, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE